THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORPORATION OF YADDO, Respondent, *v.* HIRAM J. FREEMAN, as Commissioner of Accounts and Assessor of the City of Saratoga Springs, et al., Appellants.

(Argued May 13, 1932; decided June 2, 1932.)

*Carleton J. King* for appellants.

*Spencer B. Eddy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.